JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Michael Smith, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 09-08565-ODW(CWx) |
| v. | |
| City of Los Angeles et al., | JUDGMENT ON THE VERDICT FOR DEFENDANT(S) |
| DEFENDANT(S). | |

    This action having been tried before the Court sitting with a jury, the Honorable <u>Otis D. Wright, II</u>, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Michael Smith

take nothing; that the action be dismissed on the merits; and that the defendant(s):

City of Los Angeles, Rick Lane, Jose L. Reyes

recover of the plaintiff(s) its costs of action, taxed in the sum *to be determined upon the filing of a properly noticed Bill of Costs.*

Clerk, U. S. District Court

Dated: 3/24/15

By Sheila English
Deputy Clerk

At: _____

cc: Counsel of record

CV-44 (11/96)      JUDGMENT ON THE VERDICT FOR DEFENDANT(S)